UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEBREKIRSTOS GEBREYOHANS,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>Respondents. | Case No.:  26-cv-2385-RSH-DEB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>[ECF No. 3] |

Petitioner has filed a motion to file Exhibit C in support of his petition for habeas corpus under seal. Sealing must only occur based on "compelling reasons," "supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Compelling reasons exist here. "Information contained in or pertaining to any application for asylum, withholding of removal under section 241(b)(3) . . . , or protection under regulations issued pursuant to the Convention Against Torture's implementing legislation . . . shall not be disclosed without the written consent of the applicant," as a general matter. 8 C.F.R. § 208.6. Petitioner's Exhibit C contains such an application.

Such information is sealed in federal court because it could "subject [petitioners] to physical harm if made publicly available." *Andres-Lucas v. Mayorkas*, No. 21-cv-01121-BEN-WVG, 2021 WL 3929686, *4 (S.D. Cal. Sept. 2, 2021). "[R]etaliation from a foreign government is recognized by the Ninth Circuit and other district courts as a sufficient basis" to proceed via sealing. *Poozesh v. Pompeo*, No. 19-cv-1466-LJO-SKO, 2019 WL 6052363, *2 (E.D. Cal. Nov. 15, 2019) (allowing parties to proceed pseudonymously in even more extreme circumstances than those present here).

The Court therefore **GRANTS** Petitioner's motion to seal. ECF No. 3. The Clerk of Court **SHALL FILE UNDER SEAL** Exhibit C, which was previously lodged under seal at ECF No. 4.

**IT IS SO ORDERED**.

Dated: April 16, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-2385-RSH-DEB