UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GEBREKIRSTOS GEBREYOHANS,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,

Respondents.

Case No.:  26-cv-2385-RSH-DEB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On April 15, 2026, petitioner Gebrekirstos Gebreyohans filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Respondents have filed a return. ECF No. 8.

Petitioner contends that pursuant to the Supreme Court's decision in *Zadvydas v. Davis*, 533 U.S. 678 (2001), he must be released from immigration custody because there is no significant likelihood that he can be removed in the reasonably foreseeable future. ECF No. 1 at 7–12. Respondents do not oppose. ECF No. 8 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are ordered to release petitioner from custody ***within one (1) business day of the date of this order***, subject to such terms of supervision as may be appropriate under 8 U.S.C. § 1231(a)(3). The Court declines to issue further injunctive relief; based on the authorities cited in the Petition and

the record before the Court, the Court is not persuaded to issue a permanent injunction, on a petition for writ of habeas corpus, that would determine the terms on which Petitioner can be removed in the future.

**IT IS SO ORDERED**.

Dated: April 22, 2026

Robert S Huie

_____
Hon. Robert S. Huie
United States District Judge

26-cv-2385-RSH-DEB